

FILED

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0750

N THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0750

BRADLEY K. STEVENS,

Petitioner,

v.

PETE BLUDWORTH, Warden,

Respondent.

FILED

JAN 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

In a December 6, 2022 Order, this Court denied self-represented Petitioner Bradley K. Stevens's Petition for Habeas Corpus relief, on the basis that the Board of Pardons and Parole (Board) may rescind a March 2022 parole while the offender is still in custody. *Stevens v. Bludworth*, No. OP 22-0654, Order (Mont. Dec. 6, 2022). Stevens returns with his second petition for habeas corpus relief and provides several supporting documents. Stevens asserts that he has no write-ups and clear conduct for more than a year and a half; morevoer, he states that upon his appearance before the Board on December 13, 2022, the Board "took his parole . . . with no proof of anything." He maintains that no new charges exist and that he has not received any paperwork for pending charges. Upon review, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Bradley K. Stevens personally.

DATED this 10th day of January, 2023.

_____
Justice